**Order entered March 25, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00051-CV

**TIOMBE JONES-ADEGBOYEGA AND EMMANUEL ADEGBOYEGA, Appellants**

**V.**

**KEVIN DEFRANG, HELMET STREET FAMILY TRUST, FOERCH FAMILY TRUST, JOZEF DAVID FOERCH, & BARBARA FOERCH, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-11117**

### ORDER

On February 10, 2021, we directed Antoinette Reagor, Official Court Reporter for the 68th Judicial District Court, to file, within thirty days, the reporter's record, written verification no hearings were recorded, or written verification the record had not been requested. To date, Ms. Reagor has not complied. Accordingly, we **ORDER** Ms. Reagor to file the record or requested verification **no later than April 8, 2021**.

*We caution appellants that the appeal may be submitted without the reporter's record should Ms. Reagor inform the Court that appellants have not requested the record or paid or made arrangements to pay for the record.* See TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Reagor and the parties.

/s/    BONNIE LEE GOLDSTEIN
           JUSTICE